HMK/mb NS8393

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
BST CORPORATION d/b/a
BEST-STEEL TRADE CORPORATION

                                                        ECF CASE

                       Plaintiff,         **VERIFIED COMPLAINT**

         -against-

M/V ELLIOTT BAY (NOW M/V DALLY), her engines, boilers,
tackle, etc., PACIFIC BASIN HANDYSIZE LIMITED, and
PACIFIC BASIN HANDYSIZE (HK) LTD.

                            Defendant.
---------------------------------------------------------------------------X

      Plaintiff through its attorneys, KINGSLEY & KINGSLEY, alleges for its complaint herein:

      1.  This is a claim under the Court's Admiralty and Maritime jurisdiction with respect to the carriage of goods by water, and under the Federal question jurisdiction and Court's diversity and pendent jurisdiction with respect to the remaining aspects of the claim.

      2.  Plaintiff is the owner or duly authorized representative of the owners or underwriters or subrogated underwriters of cargo shipped on board the captioned vessel which is more particularly described in Schedule A hereto, and for which a fixture contract and bills of lading thereunder were issued.

      3.  Defendants were vessel owners, managers, operators, charterers, freight forwarders, stevedores, terminal operators, common carriers by water and by land, bailees

for hire, with respect to the cargo described in Schedule A hereto which was shipped, carried, kept, discharged and delivered from the captioned vessel, inland conveyances, terminals and warehouses by defendants.

4. The cargo described in Schedule A was damaged by defendants due to the fault, neglect, deviation, unseaworthiness, maritime tort, tortious interference with contract, breach of warranty, salvage expenses, by defendants, their agents and servants, and delivered by defendants in non-conforming and damaged condition.

5. The vessel is now or will be during the pendency of this action within the jurisdiction of this Honorable Court.

6. Plaintiff sues on its own behalf and as agents and trustee on behalf of any other party who may now have or hereinafter acquire an interest in this action.

7. Plaintiff's damages are in excess of $150,000.00.

WHEREFORE, plaintiff demands judgment in an amount exceeding $150,000.00, plus interest and costs and prays the Court to issue its process against the aforesaid vessel and defendants.

Dated: March 6, 2019

        KINGSLEY & KINGSLEY
        Attorneys for Plaintiff

        BY: S/HAROLD M. KINGSLEY
          HAROLD M. KINGSLEY
          91 West Cherry Street
          Hicksville, New York 11801
          (516) 931-0064
          hmk@kingsleyandkingsley.com

SCHEDULE A

| | |
|---|---|
| OUR REF: | NS8393 |
| VESSEL: | M/V ELLIOTT BAY (NOW M/V DALLY) |
| CARGO: | 12,538.832 M.T's STEEL BEAMS |
| PORTS: | TAICHUNG, TAIWAN/STOCKTON AND LOS ANGELES |
| FIXTURE CONTRACT: | DATED JANUARY 10, 2018, BETWEEN PACIFIC BASIN HANDYSIZE LIMITED, AS OWNER, AND TUNG HO STEEL ENTERPRISE CORPORATION, AS CHARTERER |
| BILLS OF LADING DATED: | PBIHELBA545C001 THROUGH 17 FEBRUARY 16, 2018 |
| DAMAGE: | PHYSICAL AND INCIDENTAL DAMAGES DUE SHIFT IN STOW |
| AMOUNT CLAIMED: | $150,000.00, plus interest and costs |

## VERIFICATION

Harold M. Kingsley, the undersigned, an attorney admitted to practice in the courts of the state of New York, state that I am the attorney of record for BST Corporation d/b/a Best-Steel Trade Corporation, in the within action; I have read the foregoing Complaint and know the contents thereof; and I declare and affirm under penalties of perjury that the same is true to my knowledge based on documents in my file, on information and belief, and which I believe to be true.

The reason this Verification is made by the undersigned and not by an officer of BST Corporation d/b/a Best-Steel Trade Corporation, is that there are no officers now present in Nassau County where affiant has his office.

Dated: March 6, 2019

BY: S/HAROLD M. KINGSLEY
HAROLD M. KINGSLEY