AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| BST CORPORATION d/b/a<br>BEST-STEEL TRADE CORPORATION<br><br>*Plaintiff(s)*<br>v.<br>M/V ELLIOTT BAY (NOW M/V DALLY),<br>her engines, boilers, tackle, etc.,<br>PACIFIC BASIN HANDYSIZE LIMITED, AND<br>PACIFIC BASIN HANDYSIZE (HK)LTD.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 19-cv-02063 JUDGE BATTS<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Pacific Basin Handysize Limited   Pacific Basin Handysize (HK) Ltd.
c/o Pacific Basin U.S.A.             c/o Pacific Basin U.S.A.
1 Atlantic St. - 7th Flr.            1 Atlantic St. - 7th Flr.
Stamford, CT 06901                   Stamford, CT 06901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kingsley & Kingsley
91 West Cherry St.
Hicksville, NY 11801
(516) 931-0064

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___03/14/2019___                                    ___/s/ D. Howie___
                                                         *Signature of Clerk or Deputy Clerk*