AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| BST Corp. d/b/a Best-Steel Trade Corp. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 19-cv-02063 (KPF) |
| Pacific Basin Handysize Ltd. et. al. | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| Tung Ho Steel Enterprise Corporation | ) | |
| *Third-party defendant* | ) | |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*  Tung Ho Steel Enterprise Corporation
6F, No.9, Sec. 1, Chang-an E. Rd.
Taipei City 10441
Taiwan

    A lawsuit has been filed against defendant __Pacific Basin Handysize__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Best-Steel Trade Corp.__ .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
RAHUL WANCHOO
24 Old Chimney Road
Upper Saddle River, New Jersey 07458. U.S.A.

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
HAROLD M. KINGSLEY
91 West Cherry Street
Hicksville, New York 11801

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: __March 23, 2020__

CLERK OF COURT

/s/ S. James
*Signature of Clerk or Deputy Clerk*